IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIE OTIS BLUE, JR,

**Plaintiff,**

vs.

**CADLES OF GRASSY MEADOWS II, LLC,**

**Defendant.**                                          No. 15-cv-00008-DRH-DGW

### ORDER

**HERNDON, District Judge:**

Pending before the Court is plaintiff Willie Otis Blue, Jr's motion to voluntarily dismiss with prejudice this cause of action pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) (Doc. 12). Plaintiff has advised the Court that upon further research of the allegations set forth in the complaint filed on January 6, 2015, dismissal of this action with prejudice is proper. Additionally, plaintiff affirms that neither party will be prejudiced by the dismissal of this action. Therefore, the Court finds no valid reason for denying dismissal with prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2).

Accordingly, the Court **GRANTS** plaintiff's motion to voluntarily dismiss with prejudice (Doc. 12) and **DISMISSES with prejudice** plaintiff's' case against

defendant. The Court **DIRECTS** the Clerk of the Court to enter judgment accordingly.

    **IT IS SO ORDERED.**

Signed this 25th day of February, 2015.

Digitally signed by
David R. Herndon
Date: 2015.02.25
11:21:47 -06'00'

**United States District Judge**